IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PRESSLEY, ) | |
| ) | Civil Action No. 05 - 632 |
| Plaintiff, ) | |
| ) | Judge William Standish / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| DONALD KELCHNER, and DAVID ) | |
| PATTEN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

An order granting Plaintiff's Motion to Stay and administratively terminating the above captioned case was entered, with counsel's consent, on August 15, 2005. Therefore,

**IT IS HEREBY ORDERED** this 12 day of January, 2006 that Plaintiff's Motion for Preliminary Injunction filed May 6, 2005, is administratively **TERMINATED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Transfer Case filed May 20, 2005, is administratively **TERMINATED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss filed May 26, 2005, is administratively **TERMINATED.**

**IT IS FURTHER ORDERED** that once the underlying case, Civil Action 01-2468 has concluded, and counsel move to re-open this case, the motions terminated by this order will be revisited by the Court.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the

date of service to file an appeal from this order to the District Court.  Failure to timely file an appeal may constitute a waiver of any appellate rights.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:	SEAN PRESSLEY
	CG-4129
	SCI Camp Hill
	P.O. Box 200
	Camp Hill, PA 17001

	Christian D. Bareford
	Office of Attorney General
	Fifth Floor, Manor Complex
	564 Forbes Avenue
	Pittsburgh, PA 15219